RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:   510-763-9967
Facsimile:   510-272-0711
pollockesq@aol.com

Attorney for Defendant
WILLIAM GAUDIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM GAUDIANO,<br><br>    Defendant.<br>_____/ | CR. 13-00396-YRG-1<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL APPEARANCE**<br><br>_____ |

    Defendant William Gaudiano, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Keslie Stewart, hereby stipulate and agree that Mr. Gaudiano's initial appearance before the United States Magistrate be continued from July 8, 2013, to July 24, 2013 at 9:30 a.m.

    It is also stipulated and requested that his initial appearance before the Honorable Yvonne Gonzalez Rogers be set for Thursday, July 25, 2013 at 9:30 am.

///
///
///
///

Mr. Gaudiano resides in Connecticut and needs additional time in which to make travel arrangements.

Date: July 4, 2013 _____/s/_____
Randy Sue Pollock
Counsel for Defendant
WILLIAM GAUDIANO

Date: July 4, 2013 _____/s/_____
Keslie Stewart
Assistant United States Attorney

**SO ORDERED:**

July\_\_5\_\_, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge