1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone:  510-763-9967
   Facsimile:   510-272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   WILLIAM GAUDIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM GAUDIANO,<br><br>    Defendant.<br>_____ / | CR. 13-00396-YRG-1 [KAW]<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE JUDGE**<br>_____ |

      Defendant William Gaudiano, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Keslie Stewart, hereby stipulate and agree that Mr. Gaudiano's initial appearance before the United States Magistrate be continued from July 24, 2013 to August 7, 2013 at 9:30 a.m.

///
///
///
///
///

Defense counsel just received discovery on this case last week and was unable to begin her review of it until this past weekend. There is extensive discovery and she needs to spend time with her client prior to the next court appearance before further court dates are set. Mr. Gaudiano lives in Connecticut and will spend several days meeting with counsel and reviewing discovery in early August

Date:  July 22, 2013

_____/s/_____
Randy Sue Pollock
Counsel for Defendant
WILLIAM GAUDIANO

Date:  July 22, 2013

_____/s/_____
Keslie Stewart
Assistant United States Attorney

**SO ORDERED:**

July __23__, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge